AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| TRINITY INVESTMENTS LIMITED, | ) |
| | ) |
| _Plaintiff_ | ) |
| v. | ) |
| THE REPUBLIC OF ARGENTINA | ) |
| | ) |
| _Defendant_ | ) |

Civil Action No. **14 CV 10016**

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   THE REPUBLIC OF ARGENTINA
c/o Banco de la Nacion Argentina
225 Park Avenue
New York, New York  10169

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Anthony J. Costantini, Esq.
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

_CLERK OF COURT_

Date:  DEC 1 8 2014 _____

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____        _____
                                                *Server's signature*

                                      _____
                                                *Printed name and title*


                                      _____
                                                *Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X      AFFIDAVIT OF SERVIC

TRINITY INVESTMENTS LIMITED           File # 14 CV 10016

                              Plaintiff

      -VS-

THE REPUBLIC OF ARGENTINA
                         Defendant
------------------------------------------------------------X

STATE OF NEW YORK )
               )ss
NEW YORK COUNTY  )

      Anthony Arnold, being duly sworn, deposes and says: Deponent is not a party to this Action and is over 18 years of age and is a resident of the State of New York.

      On December 19, 2014, at approximately 2:17 pm , at 225 Park Avenue, New York, NY  10169, Deponent served the within  Summons , Complaint, Civil Cover Sheet, Rule 7.1 Corporate Disclosure Statement, Related Case Statement upon: **The Republic of Argentina C/o Banco de la Nacion Argentina** by delivering to and leaving with  Arlene M. Flores , Assistant vice President Compliance department, true and correct copies of the said documents, at the time of said service, Arlene M. Flores stated that she is duly authorized to accept service of legal documents on behalf of **The Republic of Argentina C/o Banco de la Nacion Argentina**

      Arlene M. Flores  is described as a white  female, approximately 44-55yrs., of age, 140-160 lbs,. 5'-7'-5'-8' tall, and has long  brown hair.

_Anthony Arnold_
                    Anthony Arnold

Sworn to before me this
December 2 3 2014

_Pamela Godette_
      Notary Public

PAMELA GODETTE
Notary Public State of New York
No. 01GO6171070
Qualified in Kings County
Commission Expires December 22, 2015

12/22/2014